E-FILED
Friday, 14 March, 2008  01:30:00 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |  |
|---|---|---|
| FREDDIE LEE STANLEY, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-4011 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

This matter is before the Court on the Motion to Vacate, Set Aside, or Correct Sentence filed by Petitioner, Freddie Lee Stanley, on March 6, 2008 [Doc. 1]. For the reasons set forth below, the Motion is DISMISSED WITHOUT PREJUDICE.

On May 10, 2007, Petitioner pled guilty to conspiracy and distribution of crack cocaine in violation of 21 U.S.C. §§ 841 and 846. He was sentenced on September 7, 2007 to 120 months incarceration and a period of supervised release. Judgment was entered on September 10, 2007. Petitioner filed a notice of appeal on September 12, 2007. That appeal is still pending before the Seventh Circuit Court of Appeals. In the meantime, Petitioner filed a motion to vacate his sentence and conviction.

A § 2255 motion should not be considered by the district court while an appeal is pending absent extraordinary circumstances. United States v. Barger, 178 F.3d 844, 848 (7th Cir. 1999); See also United States v. Robinson, 8 F.3d 398, 405 (7th 1993). Petitioner claims that his guilty plea was not knowingly or voluntarily made. He also appears to claim ineffective counsel with respect to his appeal. There is nothing extraordinary about either of these claims. Indeed, both claims are standard issues raised in § 2255 motions. As such, the Motion is DISMISSED

WITHOUT PREJUDICE.  Petitioner may re-file the Motion once the Seventh Circuit has decided his appeal.  Petitioner is further informed that he must file his motion within the time limit prescribed by § 2255(f) and must include each and every ground for relief.

Entered this _14th_ day of March, 2008

                                                  s/ Joe B. McDade
                                                  JOE BILLY MCDADE
                                                  United States District Judge